393 A.2d 1286

Ferris v. Long, et al., Appellant, et al. (two cases).

Argued April 13, 1978.   Lee C. McCandless, for appellants at
Nos. 545 and 546;  Leo M. Stepanian, for appellant at No.
551;  Leonard E. Price, for appellees at Nos. 545, 546, and
551.

Order and judgments affirmed.

JACOBS, P. J., and PRICE and VAN der VOORT, JJ., did
not participate in the consideration or decision of this case.